IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

KAREN J. NICHOLS, M. D.

    Plaintiff,

v.                                      No. 17-cv-01228-GAM

AMERIHEALTH CARITAS SERVICES, LLC       JURY TRIAL DEMANDED

    Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Karen J. Nichols, M. D. dismisses the above referenced action with prejudice.

/S/ Andrew S. Abramson, Esq.
_____

Andrew S. Abramson, Esq.
Abramson Employment Law, LLC
790 Penllyn Blue Bell Pike
Suite 205
Blue Bell, PA 19422
telephone: 267-470-4742

Attorney for Plaintiff Karen J. Nichols, M. D.

Dated: June 29, 2017